**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000599
01-NOV-2024
08:12 AM
Dkt. 19 OAWST**

NO. CAAP-24-0000599


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


LISA VARES; PINEAPPLE PARADISE RENTALS, LLC;
RUMI DOHERTY, TRUSTEE OF THE JAMES AND RUMI DOHERTY FAMILY TRUST;
and BRETT A. ROSSELLI,
TRUSTEE OF THE ROSS FAMILY REVOCABLE TRUST,
Plaintiffs-Appellees, v.
ASSOCIATION OF APARTMENT OWNERS OF KAMAOLE SANDS,
a Hawaii nonprofit corporation,
Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CCV-24-0000057)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Stipulation to Dismiss Defendant-Appellant's Notice of Appeal Filed on September 10, 2024, with Prejudice (Stipulation), filed October 25, 2024, by Defendant-Appellant Association of Apartment Owners of Kamaole Sands, the papers in support, and the record, it appears that (1) the filing fees have been paid and the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on appeal; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, November 1, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge